**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DAVID HATCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 6:15-cv-06161-FPG |
| v. | ) |
| | ) Notice of Settlement |
| **BLUESTEM BRANDS, INC. d/b/a** | ) |
| **FINGERHUT,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: September 25, 2015    BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID #2790038
Kimmel & Silverman, P.C.
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: (716) 332-6112
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2015, a true and correct copy of the foregoing pleading served via ECF to the below:

**Justin A. Angelo, Esq.**
**Ballard Spahr LLP**
**919 Third Avenue, 37th Floor**
**New York NY 10022**
**angeloj@ballardspahr.com**

> */s/ Craig Thor Kimmel*
> Craig Thor Kimmel, Esquire
> Attorney ID #2790038
> Kimmel & Silverman, P.C.
> 1207 Delaware Avenue, Suite 440
> Buffalo, NY 14209
> Phone: (716) 332-6112
> Facsimile: (877) 788-2864
> Email: kimmel@creditlaw.com
> Attorney for the Plaintiff