# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID HATCH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 6:15-cv-06161-FPG |
| v. | ) |
| | ) |
| **BLUESTEM BRANDS, INC. d/b/a FINGERHUT,** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Justin A. Angelo* | */s/ Craig Thor Kimmel* |
| Justin A. Angelo, Esquire | Craig Thor Kimmel, Esquire |
| Ballard Spahr, LLP | Attorney ID # 2790038 |
| 919 Third Avenue, 37th Floor | Kimmel & Silverman, P.C. |
| New York, NY 10022 | 30 East Butler Pike |
| Phone: (646) 346-8012 | Ambler, PA 19002 |
| E-mail: angeloj@ballardspahr.com | Phone: (215) 540-8888 |
| | Fax: (877) 788-2864 |
| | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: October 12, 2015 | Date: October 12, 2015 |

BY THE COURT:

_____

J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of October, 2014:

>Justin A. Angelo
>Ballard Spahr LLP
>919 Third Avenue, 37th Floor
>New York NY 10022
>Phone: (646) 346-8012
>E-mail: angeloj@ballardspahr.com

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Fax: (877) 788-2864
>Email:kimmel@creditlaw.com
>Attorney for the Plaintiff