UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

DAVID HATCH, )
)
Plaintiff, )
) Case No.: 6:15-cv-06161-FPG
v. )
)
BLUESTEM BRANDS, INC. d/b/a )
FINGERHUT, )
)
Defendant. )

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| /s/ Justin A. Angelo | /s/ Craig Thor Kimmel |
|---|---|
| Justin A. Angelo, Esquire | Craig Thor Kimmel, Esquire |
| Ballard Spahr, LLP | Attorney ID # 2790038 |
| 919 Third Avenue, 37th Floor | Kimmel & Silverman, P.C. |
| New York, NY 10022 | 30 East Butler Pike |
| Phone: (646) 346-8012 | Ambler, PA 19002 |
| E-mail: angeloj@ballardspahr.com | Phone: (215) 540-8888 |
| | Fax: (877) 788-2864 |
| | Email:kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: October 12, 2015 | Date: October 12, 2015 |

SO ORDERED THIS 3rd DAY OF Nov 2015

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge